IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| **RAYMOND DOUGLAS MYERS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:11-cv-00045 |
| | ) | Judge Haynes |
| **STATE OF TENNESSEE,** | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO NAME PROPER PARTY RESPONDENT**

David R. Osborne, Warden, Morgan County Correctional Complex, requests that this Court substitute him in his official capacity as party respondent in the above-captioned matter. As grounds, Warden Osborne states that petitioner, Raymond Douglas Myers, is currently committed to the Morgan County Correctional Complex under a state-court judgment. According to Habeas Rule 2(a), if the petitioner is currently in custody under a state-court judgment, the petition must name as respondent the state officer who has custody. Wherefore, Warden Osborne requests that the Court name him as the proper party respondent in this case.

1