IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
SEP -6 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

RAYMOND DOUGLAS MYERS, )
    Petitioner, )
 )
 )
v. )  No. 2:11-cv-00045
 )  Judge Sharp
 )
DAVID OSBORNE, Warden, )
    Respondent. )

*Kevin H. Sharp*

## MOTION TO SET DATE TO ALLOW PETITIONER TO REPLY TO THE ANSWER OF THE RESPONDENT

Comes now the Petitioner, Raymond Douglas Myers, pro se and without the aid of counsel and hereby submits this motion, pursuant to Rule 5 (e) of the Rules Governing 28 U.S.C. § 2254 Cases in the Disrict Court, seeking of the Court a date of September 27, 2011 allowing him to respond to the answer filed by the Respondent herein this case. As grounds and in support hereof Petitioner would set forth as follows:

Petitioner filed a timely petition for Federal Habeas Corpus Relief in this Court and on April 28, 2011 this Honorable Court entered an order, [Doc. Entry No. 6], directing the Respondent to respond to which the Respondent filed its answer on or around July 27, 2011.

Pursuant to Rule 5(e) of the Rules Governing 28 U.S.C. § 2254 Cases in the District Court a petitioner may file a reply to a respondent's answer or other pleading within a time set by the court therefore Petitioner, Myers, is seeking of this Honorable Court an order allowing him to submit such a reply on September 27, 2011.